# United States Court of Appeals for the Fifth Circuit

———————

No. 23-20390
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

March 8, 2024

Lyle W. Cayce
Clerk

Ashley Wilkerson,

*Plaintiff—Appellant*,

*versus*

City of Houston,

*Defendant—Appellee*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-1945

———————————————————

Before Clement, Elrod, and Ho, *Circuit Judges*.

Per Curiam:[*]

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.